UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>        Plaintiff(s),<br><br>    v.<br><br>THOMAS FRENCH GLASS, INC. and VINCENT R. MINAFO,<br><br>        Defendant(s). | No. C06-2075 BZ<br><br>**ORDER SCHEDULING HEARING ON ENTRY OF JUDGMENT** |

**IT IS HEREBY ORDERED** that a hearing on entry of judgment is set for **Wednesday, June 21, 2006**, **at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, San Francisco, California, 94102.

Prior to the hearing, plaintiffs shall file a proposed judgment. Plaintiffs are cautioned that much of Ms. Stafford's declaration does not appear to be based on personal knowledge.

Defendants should attend the hearing if they contest plaintiffs' proposed judgment. Plaintiffs shall serve

1 | defendants with a copy of this order and file a proof of
2 | service no later than on **Wednesday, June 14, 2006.**
3 | Dated: April 24, 2006

                                    */s/ Bernard Zimmerman*
                                    Bernard Zimmerman
                          United States Magistrate Judge

G:\BZALL\-BZCASES\FRENCH\DEFJUDG.SCH.ORD.wpd

2