IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS H. FRENCH GLASS, INC., <br><br> Defendant. | No. C 06-02075 JSW <br><br> **ORDER REFERRING REQUEST TO ISSUE WRIT OF EXECUTION TO MAGISTRATE JUDGE AND VACATING CASE MANAGEMENT CONFERENCE** |

Pursuant to Local Rule 72-1, Plaintiffs' request to issue writ of execution in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. The Case Management Conference set for August 4, 2006 at 1:30 p.m. is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: August 1, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom