Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
Telephone:    (415) 882-7900
Facsimile:    (415) 882-9287
email@sjlawcorp.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASSWORKERS PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS H. FRENCH, INC.,<br><br>Defendant. | Case No.:  C 06-02075 JSW<br><br>**REQUEST TO VACATE ORDER,**<br><br>**REFERRING PLAINTIFFS' REQUEST TO ISSUE WRIT, TO MAGISTRATE JUDGE AND ORDER THEREON** |

I, Muriel B. Kaplan, declare as follows:

1.   I am member of the firm of Saltzman & Johnson Law Corporation, counsel for plaintiffs, the Northern California Glaziers, Architectural Metal and Glassworkers Pension Plan, et al.

2.   As the Court's docket will reflect, on May 31, 2006 Plaintiffs filed their Declination to Proceed before a Magistrate Judge, pursuant to Local Rule 73-1(a). No Case Management Conference had been set as the parties had stipulated to immediate entry of judgment.

3.   On April 21, 2006, judgment was entered. However contrary to the stipulated terms of the judgment, a hearing was set as to amounts due at that time, which would have given defendants notice to conceal assets which might have satisfied Plaintiffs' judgment.

4.      Following Plaintiffs' Declination, this matter was reassigned to the Honorable Jeffrey S. White on June 2, 2006.  Thereafter, Defendants' "new bookkeeper" contacted this office in an attempt to resolve the outstanding debt. When no apparent progress was being made, Plaintiffs filed their Request for Issuance of Writ on July 28, 2006. Sources of Defendants' funds have now been identified as sources to satisfy Plaintiffs' judgment, and time is of the essence.

5.      Plaintiffs therefore respectfully that this court vacate its August 1, 2006 "Order Referring Request to Issue Writ of Execution to Magistrate Judge…." and issue the Writ as immediately as is possible, so that Plaintiffs may attempt to satisfy its increasing judgment.

I declare under penalty of perjury that the foregoing is true and correct and if called upon to testify, I could competently testify thereto.

Executed this 1st day of August 2006, at San Francisco, California.

                                                     /s/
                                    Muriel B. Kaplan



The request is DENIED.  The matter is referred to a randomly assigned Magistrate Judge for a Report and Recommendation.